**Motion Granted; Appeal Dismissed and Memorandum Opinion filed July 16, 2019.**



In The

# Fourteenth Court of Appeals

### NO. 14-18-00902-CV

**MICHAEL BALETTE, Appellant**

**V.**

**CATHERINE BALETTE, Appellee**

**On Appeal from Probate Court No. 3**
**Harris County, Texas**
**Trial Court Cause No. 451,336-401**

## M E M O R A N D U M   O P I N I O N

This is an appeal from an order signed January 30, 2019.[1] On July 8, 2019, appellant filed a motion to dismiss the appeal. *See* Tex. R. App. P. 42.1. The motion is granted, and the appeal is dismissed.

PER CURIAM

Panel consists of Chief Justice Frost and Justices Spain and Poissant.

---

[1] The original notice of appeal is from an order signed September 26, 2018. The amended notice of appeal is from the final judgment, which was signed January 30, 2019.